**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRANDON JACQUEZ,<br><br>　　　　Defendant. | Case No. 3:23-cr-00026-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for BRANDON JACQUEZ. and United States Attorney JASON M. FRIERSON, Assistant United States Attorney ANDREW KEENAN, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 5, 2024, at 10:00 AM, be vacated and continued to March 19, 2024, at 1:00 PM.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Jacquez is currently detained and does not oppose a continuance.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED March 1, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>    ALLIE WILSON<br>    Assistant Federal Public Defender<br>    Counsel for BRANDON JACQUEZ | By  /s/ Andrew Keenan<br>    ANDREW KEENAN<br>    Assistant United States Attorney<br>    Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for March 5, 2024, at 10:00 AM, be vacated and continued to March 19, 2024, at 1:00 PM.

DATED March 4, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE