UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRANDON JACQUEZ,<br><br>　　　　　Defendant. | Case No. 3:23-cr-00026-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO IMPOSITION OF MENTAL HEALTH CONDITION** |

　　Brandon Jacquez, by and through his attorney of record, Allie Wilson, Assistant Federal Public Defender, and the United States of America, by and through its attorney of record, Andrew Keenan, Assistant United States Attorney, hereby stipulate to and waive any objection to the imposition of Special Condition No. 6, requiring Mr. Jacquez to participate in mental health treatment as a condition of his supervised release.

　　Specifically, the parties stipulate to and waive any objection to the imposition of the following condition of supervised release:

　　**Mental Health Treatment** – You must participate in an inpatient mental health treatment program at the discretion of the probation officer and follow the rules and regulations of that program. Completion of inpatient treatment will be followed by an outpatient mental health program if determined to be necessary by the treatment provider. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You must pay the costs of the program, based on your ability to pay.

DATED March 20, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  */s/ Allie Wilson*<br>    ALLIE WILSON<br>    Assistant Federal Public Defender<br>    Counsel for BRANDON JACQUEZ | By  */s/ Andrew Keenan*<br>    ANDREW KEENAN<br>    Assistant United States Attorney<br>    Counsel for the Government |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: <u>March 20, 2024</u>