UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:23-cr-00026-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| BRANDON JACQUEZ, | |
| Defendant. | |

On March 19, 2024, Brandon Jacquez was sentenced to thirty (30) months of supervised release with mandatory, standard and special conditions of release. The Court ordered Mr. Jacquez to be released to a New Frontier's Agent on Thursday, March 21, 2024, to then be transported and commence the treatment program offered through New Frontier in Fallon, Nevada (ECF No. 58).

Therefore, Mr. Jacquez shall be released from custody on Thursday, March 21, 2024, to a New Frontier's Agent as ordered by this Court.

DATED the 21st day of March 2024.

_____
Anne R. Traum
United States District Court Judge